**PATTI B. SARIS**
DISTRICT JUDGE

(617) 748-4831
FAX (617) 748-4582

# United States District Court

### John Joseph Moakley United States Courthouse

1 Courthouse Way, Suite 6130

Boston, Massachusetts 02210

E-Mail Address:
Honorable_Patti_Saris@
mad.uscourts.gov

August 9, 2006

Honorable Ortrie D. Smith
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

Attached is an amendment in response to your letter of inquiry dated July 11, 2006.

Very truly yours,

United States District Judge

RECEIVED
2006 AUG 10 A 10: 58
FINANCIAL
DISCLOSURE OFFICE

Financial Disclosure Report for Calendar Year 2005
Saris, Patti B.
District Court Judge (active)
U.S.D.C. Massachusetts

Amendment – Response to letter of inquiry dated July 11, 2006

The following is in answer to letter of inquiry dated July 11, 2006 from the Committee on Financial Disclosure requesting additional information upon review of my Financial Disclosure Report for Calendar Year 2005 dated 5/11/2006.

1. Part I, lines 3 and 4 – All individual assets and their values held in "Trust #3" and "Trust #4" have been separately stated in Part VII along with each asset's appropriate value codes.

2. Part VII, page 29, line 429 – The value codes for the disposition of "Jeffsn Cnty AL Swr Rev Municipal Bond" were inadvertently omitted from the original Financial Disclosure Report dated 5/11/2006. Column D(3): value of disposition is O; Column D(4): value of Gain is D

I certify that the information given above is accurate, true, and complete.

Signatur ▮▮▮▮▮▮▮▮▮▮ Date: 8/9/06

RECEIVED 2006 AUG 10 A 10: 58 FINANCIAL DISCLOSURE OFFICE

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SARIS, PATTI B | U.S.D.C. MASSACHUSETTS | 05/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (ACTIVE) | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| J. J. MOAKLEY U.S. COURTHOUSE 1 COURTHOUSE WAY, SUITE 8110 BOSTON, MA 02210 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. OVERSEER (PRESIDENT) | HARVARD UNIVERSITY BOARD OF OVERSEERS, CAMBRIDGE, MA |
| 2. DIRECTOR | BOARD OF LEGAL AFFAIRS, INC., NEW HAVEN, CT |
| 3. CO-TRUSTEE | TRUST #3 |
| 4. CO-TRUSTEE | TRUST #4 |
| 5. CO-TRUSTEE | TRUST #5 |
| 6. TRUSTEE | TRUST #6 |
| 7. TRUSTEE | TRUST #7 |
| 8. TRUSTEE | TRUST #8 |
| 9. TRUSTEE | TRUST #9 |
| 10. CO-TRUSTEE | TRUST #13 |

*(Received stamp: 2006 MAY 15 P 3:10 RECEIVED)*

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2005 | HARVARD BUSINESS SCHOOL PUBLISHING, MA - Royalties |
| 3. 2005 | HARVARD BUSINESS SCHOOL INTERACTIVE, INC, MA - Nonemployee compensation |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. AMERICAN BAR ASSOCIATION | April 14-16 - Arlington, VA Spring Conference (lodging & transportation) |
| 2. HARVARD UNIVERSITY | November 4 - Washington, DC Board of Overseers Corporation Search Committee Meeting (transportation) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass St G/O RFDG Series, Municipal Bonds | D | Interest | M | T | Sell | 07/25 | M | C | |
| 2. Mass. St Port Authority, Muni Bonds | D | Interst | M | T | Partl Call | 07/01 | K | | |
| 3. Mass. St G/O Cons Ln Series, Muni Bonds | E | Interest | N | T | Call | 02/01 | L | | |
| 4. | | | | | Sell | 02/14 | K | | |
| 5. | | | | | Sell | 02/15 | N | | |
| 6. | | | | | Sell | 07/25 | N | E | |
| 7. | | | | | Sell | 12/28 | P1 | E | |
| 8. University Mass. Bldg, Municipal Bonds | B | Interest | K | T | Buy | 02/03 | K | | |
| 9. Mass. Bay Trans Authority, Municipal Bonds | E | Interest | M | T | Sell | 03/18 | N | D | |
| 10. | | | | | Sell | 03/01 | L | C | |
| 11. | | | | | Buy | 03/01 | L | | |
| 12. | | | | | Sell | 06/24 | M | D | |
| 13. | | | | | Sell | 07/25 | N | | |
| 14. | | | | | Sell | 12/28 | M | | |
| 15. Strips TNt, Public Security (IRA) | A | Interest | L | T | | | | | |
| 16. Mass. Health & Ed Fac., Municipal Bonds | E | Interest | O | T | Sell | 06/06 | K | | |
| 17. Mass. St Convention Ctr Auth., Municipal Bonds | D | Interest | K | T | Sell | 07/22 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Venture Investors Fund, LP | | None | K | W | | | | | |
| 19. MA St Cons Loan Series, Municipal Bonds | E | Interest | N | T | Sell | 12/28 | M | B | |
| 20. | | | | | Sell | 07/25 | M | D | |
| 21. Bank of America (formerly Fleet National Bank), Accounts | B | Interest | J | T | | | | | |
| 22. - Bank of America , PCA Acct Columbia MA Muni MM (x) | A | Dividend | M | T | | | | | |
| 23. WellsFargo Avtg Gov Sec Fd (formerlyStrongGovtSec) Mutual Fd | A | Dividend | J | T | | | | | |
| 24. Realty Assoc Fund III Tr | G | Distribution | P2 | W | | | | | |
| 25. MA St General Oblig Series, Municipal Bonds | E | Interest | L | T | Sell | 06/06 | N | D | |
| 26. Mass State Housing Agency, Municipal Bonds | E | Interest | L | T | Sell | 04/14 | M | | |
| 27. | | | | | Sell | 06/06 | L | | |
| 28. | | | | | Sell | 10/17 | K | A | |
| 29. The Realty Assoc Fund III Corp | A | Dividend | J | W | | | | | |
| 30. Southeastern, MA Bldg Auth., Municipal Bonds | C | Interest | | | Sell All | 05/02 | M | | |
| 31. North Andover, MA Bd., Municipal Bond | D | Interest | | | Sell All | 07/25 | M | C | |
| 32. Brookline, MA Municipal Bond | D | Interest | M | T | Sell | 04/14 | M | | |
| 33. Watertown, MA Genl Oblig., Municipal Bond | D | Interest | | | Sell All | 05/03 | M | D | |
| 34. Realty Assoc Fund IV Corp | B | Dividend | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Realty Assoc Fund IV, LLC | H1 | Distribution | P2 | W | | | | | |
| 36. Tucker Anthony Private Equity Fund I, LP | F | Distribution | M | U | Cap Contrib | 06/29 | J | | |
| 37. | | | | | Cap Contrib | 11/21 | J | | |
| 38. ADD Venture Associates II (401(k)) | C | Distribution | K | U | | | | | |
| 39. Mass St Tpk Auth. Municipal Bond | D | Interest | L | T | Sell | 12/28 | M | A | |
| 40. TA Rich LLC | | None | K | W | | | | | |
| 41. TA Conference LLC | | None | O | W | | | | | |
| 42. Trust #2 | H1 | Distribution | | | | | | | |
| 43. - Fedrated Govt Oblig Fd, cash equivalent | | | | | Purchase | 04/21 | N | | |
| 44. | | | | | Withdrawal | 04/26 | M | | |
| 45. | | | | | Full W/D | 04/28 | O | | |
| 46. - Realty Associates Fund III Trust | | | | | Full Distrib | 04/30 | P2 | | |
| 47. - MM Oblig Trust Tax Free, cash equivalent | | | | | Full W/D | 02/19 | J | | |
| 48. - Northhampton, MA Unld Tax GO Municipal Fond | | | | | Full Distrib | 04/30 | L | | |
| 49. - Westford, MA Ltd Tax GO Municipal Bond | | | | | Full Distrib | 04/30 | L | | |
| 50. - Chelmsford MA GO Municipal Bond | | | | | Full Distrib | 04/30 | K | | |
| 51. - Mashpee, MA Mun GO Municipal Bond | | | | | Full Distrb | 04/30 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Mass Bay Trans Auth Municipal Bond | | | | | Full Distrib | 04/30 | K | | |
| 53. - MA St Hsg Fin Agy Municipal Bond | | | | | Full Distrib | 04/30 | J | | |
| 54. - MA St Wtr Pollutn Municipalj Bond | | | | | Distribution | 04/30 | J | | |
| 55. | | | | | Sell All | 05/03 | J | | |
| 56. - Orleans MA Genl Oblig Municipal Bond | | | | | Full Distrib | 04/30 | K | | |
| 57. - Weston, MA Genl Oblig Municipal Bond | | | | | Full Distrib | 04/30 | K | | |
| 58. - Common Sense Parners, LP | | | | | Full Distrib | 04/30 | P1 | | |
| 59. - University MA Bldg Auth Municipal Bonds (new) | | | | | Buy | 02/03 | K | | |
| 60. | | | | | Full Distrib | 04/30 | K | | |
| 61. Realty Associates Fund V, LLC | G | Distribution | P2 | W | | | | | |
| 62. NSR, LLC | | None | M | W | | | | | |
| 63. Tucker Anthony Private Equity Fund II | F | Distribution | N | U | Cap Contrib | 01/05 | J | | |
| 64. | | | | | Cap Contrib | 03/02 | J | | |
| 65. | | | | | Cap Contrib | 06/28 | J | | |
| 66. | | | | | Cap Contrib | 7/27 | J | | |
| 67. | | | | | Cap Contrib | 09/26 | J | | |
| 68. | | | | | Cap Contrib | 11/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Cap Contrib | 12/28 | J | | |
| 70. Boston, MA Hsg Dev Corp Municipal Bonds | B | Interest | | | Sell All | 06/06 | K | | |
| 71. Mass St G/O Fed Hwy Series Municipal Bonds | E | Interest | | | Sell | 06/07 | N | E | |
| 72. | | | | | Sell | 07/25 | O | E | |
| 73. | | | | | Sell All | 09/06 | O | E | |
| 74. Springfield, MA G/O Municipal Purpose Fd Municipal Bonds | D | Interest | | | Sell All | 12/28 | N | | |
| 75. Mass. In'l Fin Agy Municipal Bonds | D | Interest | | | Sell | 03/18 | O | | |
| 76. | | | | | Sell All | 07/07 | M | D | |
| 77. Randolph, MA Genl Oblig Municipal Bonds | C | Interest | | | Sell All | 05/06 | M | B | |
| 78. Tucker Anthony Private Equity Fund III | G | Distribution | N | U | Cap Contrib | 01/07 | J | | |
| 79. | | | | | Cap Contrib | 02/18 | J | | |
| 80. | | | | | Cap Contrib | 03/30 | J | | |
| 81. | | | | | Cap Contrib | 05/02 | J | | |
| 82. | | | | | Cap Contrib | 06/28 | J | | |
| 83. | | | | | Cap Contrib | 06/30 | J | | |
| 84. | | | | | Cap Contrib | 07/21 | J | | |
| 85. | | | | | Cap Contrib | 09/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Cap Contrib | 09/27 | J | | |
| 87. | | | | | Cap Contrib | 11/22 | J | | |
| 88. | | | | | Cap Contrib | 12/29 | J | | |
| 89. Tucker Anthony Private Equity Technology LP | E | Distribution | M | U | Cap Contrib | 01/03 | K | | |
| 90. | | | | | Cap Contrib | 07/14 | J | | |
| 91. | | | | | Cap Contrib | 07/28 | J | | |
| 92. | | | | | Cap Contrib | 11/23 | J | | |
| 93. Trust #5 | G | Dividend | P2 | T | | | | | |
| 94. - Federated Govt Oblig Fd money market (cash equiv.) | | | | | | | | | |
| 95. - Clipper Fund Inc. Mututal Fund | | | | | Sell All | 10/05 | M | D | |
| 96. - Dodge & Cox Income Fd Mutual Fund | | | | | Sell | 07/26 | N | E | |
| 97. | | | | | Sell | 12/06 | K | A | |
| 98. - GMO Intl Instrinsic Val Fd Cl III (formerly Cl II) MutFd | | | | | Buy | 01/06 | J | | |
| 99. | | | | | Buy | 07/12 | J | | |
| 100. - Longleaf Partners Fd Mutual Fund | | | | | | | | | |
| 101. - Vanguard 500 Index Fd Admiral Mutual Fund | | | | | | | | | |
| 102. - Common Sense Partners LP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each a set exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Baupost Value Partners LP I | | | | | | | | | |
| 104. - Kensico Offshore Fd Ltd LP | | | | | | | | | |
| 105. - First Eagle Gold Fd Cl I (formerly Cl A), Mutual Fund | | | | | | | | | |
| 106. - MSIF Intl Small Cap Cl A, Mutual Fund | | | | | Buy | 08/09 | J | | |
| 107. | | | | | Buy | 12/23 | K | | |
| 108. - PIMCO Commodity Real Return, Mutual Fd | | | | | Buy | 12/30 | J | | |
| 109. - Global Fixed Inc Brandywine Inv Tr Mututal Fd (new) | | | | | Buy | 07/29 | N | | |
| 110. - Marsico Growth Fd, Mutual Fund (new) | | | | | Buy | 11/15 | M | | |
| 111. Trust #6 | E | Interest | N | T | | | | | |
| 112. -Walt Disney Holdings Co., common stock | | | | | Sell All | 11/10 | J | B | |
| 113. - MA Convention Center Auth Municipal Bonds | | | | | Sell All | 09/01 | K | D | |
| 114. - MA Commonwealth GO Cons Loan Municipal Bonds | | | | | Buy | 02/10 | K | | |
| 115. | | | | | Sell | 12/01 | L | B | |
| 116. - MA St Genl Oblig Muni Fonds | | | | | | | | | |
| 117. - MA St Genl Oblig 'RFDG' Muni Bond | | | | | Sell | 08/01 | K | D | |
| 118. - MA St Wtr Res Auth Municipal Bond | | | | | | | | | |
| 119. - CTS MA Muni Money Fund Cash Equivalent | | | | | Full W/D | 02/19 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - MA St Grant Antic Nts Municipal Bond | | | | | | | | | |
| 121. - Chilmark MA Municipal Bonds | | | | | | | | | |
| 122. - MA Bay Trans Auth Municipal Bond | | | | | | | | | |
| 123. - MA St Helath & Ed Municipal Bond | | | | | | | | | |
| 124. - MA Water Pollution Municipal Bd | | | | | Buy | 07/21 | K | | |
| 125. - Norwood, MA Municipal Bd | | | | | | | | | |
| 126. - Town of Foxborough, MA Municipal Bond | | | | | | | | | |
| 127. - University MA Bldg Auth Municipal Bds (new) | | | | | Buy | 01/14 | K | | |
| 128. - MA St Dev Fin Agy Municipal Bds (new) | | | | | Buy | 08/25 | K | | |
| 129. - Federated MA Muni Cash Equivalent money market (new) | | | | | Purchase | 02/25 | K | | |
| 130. Trust #7 | E | Interest | N | T | | | | | |
| 131. - MA Convention Center Auth Municipal Bonds | | | | | Sell All | 09/01 | K | D | |
| 132. - MA St Genl Oblig RFDG Municipal Bonds | | | | | | | | | |
| 133. - MA Commonwealth GO Cons. Loan, Municipal Bond | | | | | Sell | 12/01 | K | D | |
| 134. - MA St. Genl Oblig. Municipal Bonds | | | | | | | | | |
| 135. - MA St Cap Apprec Muni Gond | | | | | | | | | |
| 136. - MA St Water Res Auth Municipal Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - CTS MA Muni Money Fd Cash Equivalent | | | | | Full W/D | 02/19 | K | | |
| 138. - MA St Grant Antic Nts Municipal Bond | | | | | | | | | |
| 139. - Chilmark MA Municipal Bd | | | | | | | | | |
| 140. - MA Bay Trans Auth Municipal Bd | | | | | | | | | |
| 141. - MA St Health & Ed Municipal Bd | | | | | | | | | |
| 142. - MA Water Pollution Municipal Bd | | | | | | | | | |
| 143. - Norwood MA Municipal Bd | | | | | | | | | |
| 144. - University MA Bldg Auth Municipal Bonds (new) | | | | | Buy | 01/14 | K | | |
| 145. - MA St Dev Fin Agy Municipal Bonds (new) | | | | | Buy | 08/25 | K | | |
| 146. - Federated MA Muni money market Cash Equivalent (new) | | | | | Purchase | 02/19 | K | | |
| 147. | | | | | Purchase | 12/01 | J | | |
| 148. Trust #8 | E | Interest | N | T | | | | | |
| 149. - Walt Disney Holdings Co., common stock | | | | | Sell all | 11/10 | J | A | |
| 150. - MA Convention Center Auth Municipal Bonds | | | | | Sell All | 09/01 | K | D | |
| 151. - MA St Genl Oblig RFDG Municipal Bond | | | | | | | | | |
| 152. - MA Commonwealth G/O Cons Ln Municipal Bonds | | | | | Buy | 02/10 | K | | |
| 153. | | | | | Sell | 12/01 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - MA St General Oblig Municipal Bonds | | | | | | | | | |
| 155. - MA St Cap Apprec Municipal Bond | | | | | Sell All | 12/01 | J | C | |
| 156. - MA St Water Res Auth Municipal Bonds | | | | | | | | | |
| 157. - CTS MA Muni Money Fd Cash Equivalent | | | | | Full W/D | 02/03 | K | | |
| 158. - MA St Grant Antic Nts Municipal Bond | | | | | | | | | |
| 159. - Chilmark, MA Municipal Bd | | | | | | | | | |
| 160. - MA Bay Trans Auth Municipal Bd | | | | | | | | | |
| 161. - MA St Health & Ed Municipal Bd | | | | | | | | | |
| 162. - MA Water Pollution Municipal Bd | | | | | | | | | |
| 163. - Norwood, MA Municipal Bd | | | | | | | | | |
| 164. - University MA Bldg Auth Municipal Bds (new) | | | | | Buy | 02/03 | K | | |
| 165. - MA St Dev Fin Auth Municipal Bds (new) | | | | | Buy | 08/25 | K | | |
| 166. - Federated MA Muni money market Cash Equivalent (new) | | | | | Purchase | 02/19 | J | | |
| 167. | | | | | Purchase | 12/01 | K | | |
| 168. Trust #9 | E | Interest | N | T | | | | | |
| 169. - MA Convention Center Auth Municipal Bonds | | | | | Sell All | 09/01 | K | D | |
| 170. - MA St Genl Oblig RFDG Municipal Bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - MA Commonwealth G/O Cons Ln Municipal Bonds | | | | | | | | | |
| 172. - MA St Genl Oblig Municipal Bonds | | | | | | | | | |
| 173. - MA St Water Res Auth Municipal Bond | | | | | | | | | |
| 174. - Mass St. Cap Apprec. Municipal Bond | | | | | Sell All | 12/01 | K | D | |
| 175. - CTS MA Muni Money Fd Cash Equivalent | | | | | Full W/D | 02/19 | K | | |
| 176. - MA St Grant Antic Nts Municipal Bond | | | | | | | | | |
| 177. - Chilmark, MA Municipal Bd | | | | | | | | | |
| 178. - MA Bay Trans Auth Municipal Bd | | | | | | | | | |
| 179. - MA Health & Ed Municipal Bd | | | | | | | | | |
| 180. - MA Water Pollution Municipal Bd | | | | | | | | | |
| 181. - Norwood, MA Municipal Bd | | | | | | | | | |
| 182. - University MA Bldg Auth Municipal Bds (new) | | | | | Buy | 01/14 | K | | |
| 183. - MA St Dev Fin Agy Municipal Bds (new) | | | | | Buy | 08/25 | K | | |
| 184. - Federated MA Muni money market Cash Equivalent (new) | | | | | Purchase | 02/19 | K | | |
| 185. | | | | | Purchase | 12/01 | J | | |
| 186. Trust #10 | | None | M | W | | | | | |
| 187. - Travelers Life & Annuity Ins Co, universal life insurance | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Trust #11 | A | Dividend | P1 | W | | | | | |
| 189. - Manulife Fin'l Corp (formerly JHancock Finl Svcs), common | | | | | | | | | |
| 190. - Sun LIfe Assurance, universal life insurance | | | | | | | | | |
| 191. - Manufactuers Life Ins, universal life insurance | | | | | | | | | |
| 192. Trust #12 | G | Distribution | P2 | W | | | | | |
| 193. - Realty Associates Fund IV LLC | | | | | | | | | |
| 194. - Federated Govt Oblg money market cash equivaltents | | | | | Purchase | 01/13 | K | | |
| 195. | | | | | Purchase | 04/21 | K | | |
| 196. | | | | | Withdrawal | 04/05 | K | | |
| 197. | | | | | Withdrawal | 06/09 | J | | |
| 198. | | | | | Purchase | 06/22 | N | | |
| 199. | | | | | Purchase | 08/02 | J | | |
| 200. | | | | | Purchase | 09/01 | J | | |
| 201. | | | | | Withdrawal | 09/08 | K | | |
| 202. | | | | | Purchase | 09/16 | L | | |
| 203. | | | | | Withdrawal | 09/30 | K | | |
| 204. | | | | | Purchase | 10/03 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Purchase | 11/01 | J | | |
| 206. | | | | | Purchase | 12/01 | J | | |
| 207. Trust #13 | | None | K | W | | | | | |
| 208. - SBLI, life insurance (cash value) | | | | | | | | | |
| 209. UBS Bank (Canada) - Financial Institution | F | Interest | P1 | T | | | | | |
| 210. UBS AG, Financial Institution | G | Interest | P2 | T | Redemp&FExch | 03/08 | P1 | | |
| 211. | | | | | Redemp&FExch | 04/26 | O | C | |
| 212. | | | | | Redemp&FExch | 09/28 | O | | |
| 213. | | | | | Redemp&FExch | 07/29 | O | | |
| 214. | | | | | Redemp&FExch | 07/15 | O | | |
| 215. | | | | | Redemp&FExch | 05/20 | O | | |
| 216. | | | | | Purchase | 03/08 | P1 | | |
| 217. | | | | | Purchase | 04/26 | O | | |
| 218. | | | | | Purchase | 06/06 | K | | |
| 219. | | | | | Purchase | 07/12 | K | | |
| 220. | | | | | Purchase | 07/25 | K | | |
| 221. | | | | | Purchase | 08/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 222. | | | | | Purchase | 09/26 | J | | | |
| 223. ~~Cape Communication, LLC~~ | | ~~None~~ | | | ~~Full W/D~~ | | | | | |
| 224. Cape Communications Promissory Note | | None | K | T | | | | | | |
| 225. Federated Govt Obligation Fd money market (cash equivalent | E | Dividend | O | T | Purchase | 01/18 | J | | | |
| 226. | | | | | Purchase | 03/02 | L | | | |
| 227. | | | | | Purchase | 03/09 | M | | | |
| 228. | | | | | Withdrawal | 03/14 | L | | | |
| 229. | | | | | Purchase | 01/04 | J | | | |
| 230. | | | | | Purchase | 01/05 | K | | | |
| 231. | | | | | Purchase | 01/28 | M | | | |
| 232. | | | | | Purchase | 02/18 | M | | | |
| 233. | | | | | Purchase | 03/21 | M | | | |
| 234. | | | | | Purchase | 03/23 | M | | | |
| 235. | | | | | Purchase | 04/29 | P1 | | | |
| 236. | | | | | Purchase | 05/09 | N | | | |
| 237. | | | | | Purchase | 05/18 | J | | | |
| 238. | | | | | Purchase | 05/26 | J | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Purchase | 05/27 | J | | |
| 240. | | | | | Purchase | 06/01 | K | | |
| 241. | | | | | Purchase | 06/07 | L | | |
| 242. | | | | | Purchase | 06/08 | J | | |
| 243. | | | | | Purchase | 06/22 | O | | |
| 244. | | | | | Purchase | 06/27 | M | | |
| 245. | | | | | Purchase | 07/01 | L | | |
| 246. | | | | | Purchase | 07/07 | N | | |
| 247. | | | | | Purchase | 07/25 | M | | |
| 248. | | | | | Purchase | 07/28 | N | | |
| 249. | | | | | Purchase | 07/29 | P1 | | |
| 250. | | | | | Purchase | 08/30 | M | | |
| 251. | | | | | Purchase | 09/02 | M | | |
| 252. | | | | | Purchase | 09/07 | O | | |
| 253. | | | | | Purchase | 09/12 | J | | |
| 254. | | | | | Purchase | 09/16 | O | | |
| 255. | | | | | Purchase | 09/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt f om prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Purchase | 09/30 | J | | |
| 257. | | | | | Purchase | 10/07 | K | | |
| 258. | | | | | Purchase | 10/14 | O | | |
| 259. | | | | | Purchase | 10/24 | J | | |
| 260. | | | | | Purchase | 10/28 | J | | |
| 261. | | | | | Purchase | 11/03 | N | | |
| 262. | | | | | Purchase | 11/14 | J | | |
| 263. | | | | | Purchase | 11/15 | K | | |
| 264. | | | | | Purchase | 11/18 | M | | |
| 265. | | | | | Purchase | 11/21 | K | | |
| 266. | | | | | Purchase | 11/29 | J | | |
| 267. | | | | | Purchase | 12/01 | L | | |
| 268. | | | | | Purchase | 12/06 | K | | |
| 269. | | | | | Purchase | 12/16 | M | | |
| 270. | | | | | Purchase | 11/21 | M | | |
| 271. | | | | | Purchase | 12/27 | O | | |
| 272. | | | | | Purchase | 12/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1.000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| 273. | | | | | Purchase | 12/29 | N | | | |
| 274. | | | | | Purchase | 12/30 | M | | | |
| 275. | | | | | Withdrawal | 01/04 | J | | | |
| 276. | | | | | Withdrawal | 01/10 | J | | | |
| 277. | | | | | Withdrawal | 01/12 | J | | | |
| 278. | | | | | Withdrawal | 01/20 | K | | | |
| 279. | | | | | Withdrawal | 01/21 | K | | | |
| 280. | | | | | Withdrawal | 01/24 | L | | | |
| 281. | | | | | Withdrawal | 01/27 | K | | | |
| 282. | | | | | Withdrawal | 02/03 | J | | | |
| 283. | | | | | Withdrawal | 02/04 | L | | | |
| 284. | | | | | Withdrawal | 02/11 | K | | | |
| 285. | | | | | Withdrawal | 02/16 | J | | | |
| 286. | | | | | Withdrawal | 02/18 | L | | | |
| 287. | | | | | Withdrawal | 02/24 | J | | | |
| 288. | | | | | Withdrawal | 03/01 | J | | | |
| 289. | | | | | Withdrawal | 03/03 | K | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Withdrawal | 03/10 | J | | |
| 291. | | | | | Withdrawal | 03/14 | K | | |
| 292. | | | | | Withdrawal | 03/17 | J | | |
| 293. | | | | | Withdrawal | 03/22 | J | | |
| 294. | | | | | Withdrawal | 03/24 | J | | |
| 295. | | | | | Withdrawal | 03/29 | P1 | | |
| 296. | | | | | Withdrawal | 04/04 | M | | |
| 297. | | | | | Withdrawal | 04/06 | L | | |
| 298. | | | | | Withdrawal | 04/11 | O | | |
| 299. | | | | | Withdrawal | 04/14 | N | | |
| 300. | | | | | Withdrawal | 04/25 | L | | |
| 301. | | | | | Withdrawal | 05/04 | L | | |
| 302. | | | | | Withdrawal | 05/05 | J | | |
| 303. | | | | | Withdrawal | 05/10 | J | | |
| 304. | | | | | Withdrawal | 05/12 | J | | |
| 305. | | | | | Withdrawal | 05/13 | L | | |
| 306. | | | | | Withdrawal | 05/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets ( ncluding trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Withdrawal | 05/23 | K | | |
| 308. | | | | | Withdrawal | 5/31 | K | | |
| 309. | | | | | Withdrawal | 06/03 | L | | |
| 310. | | | | | Withdrawal | 06/09 | M | | |
| 311. | | | | | Withdrawal | 06/13 | K | | |
| 312. | | | | | Withdrawal | 06/15 | K | | |
| 313. | | | | | Withdrawal | 06/20 | L | | |
| 314. | | | | | Withdrawal | 06/27 | O | | |
| 315. | | | | | Withdrawal | 06/28 | K | | |
| 316. | | | | | Withdrawal | 07/07 | M | | |
| 317. | | | | | Withdrawal | 07/11 | L | | |
| 318. | | | | | Withdrawal | 07/14 | L | | |
| 319. | | | | | Withdrawal | 07/15 | K | | |
| 320. | | | | | Withdrawal | 07/18 | K | | |
| 321. | | | | | Withdrawal | 08/01 | P1 | | |
| 322. | | | | | Withdrawal | 08/04 | K | | |
| 323. | | | | | Withdrawal | 08/08 | K | | |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:              J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes        P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)           Q =Appraisal               V =Other                    S =Assessment
                             U =Book Value                                          W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Withdrawal | 08/09 | M | | |
| 325. | | | | | Withdrawal | 08/11 | K | | |
| 326. | | | | | Withdrawal | 08/24 | K | | |
| 327. | | | | | Withdrawal | 08/25 | N | | |
| 328. | | | | | Withdrawal | 08/26 | M | | |
| 329. | | | | | Withdrawal | 09/01 | J | | |
| 330. | | | | | Withdrawal | 09/09 | O | | |
| 331. | | | | | Withdrawal | 09/12 | J | | |
| 332. | | | | | Withdrawal | 09/14 | L | | |
| 333. | | | | | Withdrawal | 09/22 | M | | |
| 334. | | | | | Withdrawal | 09/29 | L | | |
| 335. | | | | | Withdrawal | 10/04 | L | | |
| 336. | | | | | Withdrawal | 10/12 | L | | |
| 337. | | | | | Withdrawal | 10/13 | K | | |
| 338. | | | | | Withdrawal | 10/19 | J | | |
| 339. | | | | | Withdrawal | 10/25 | M | | |
| 340. | | | | | Withdrawal | 10/27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Withdrawal | 11/04 | K | | |
| 342. | | | | | Withdrawal | 11/09 | L | | |
| 343. | | | | | Withdrawal | 11/10 | K | | |
| 344. | | | | | Withdrawal | 11/14 | N | | |
| 345. | | | | | Withdrawal | 11/15 | M | | |
| 346. | | | | | Withdrawal | 11/21 | N | | |
| 347. | | | | | Withdrawal | 11/29 | L | | |
| 348. | | | | | Withdrawal | 12/06 | K | | |
| 349. | | | | | Withdrawal | 12/12 | K | | |
| 350. | | | | | Withdrawal | 12/13 | K | | |
| 351. | | | | | Withdrawal | 12/20 | L | | |
| 352. | | | | | Withdrawal | 12/29 | P1 | | |
| 353. | | | | | Withdrawal | 12/30 | N | | |
| 354. European Investment Bank Ser - corporate bonds | E | Interest | N | T | | | | | |
| 355. MA Water Pollution Municipal Bonds | E | Interest | K | T | Buy | 05/03 | J | | |
| 356. | | | | | Sell | 07/11 | J | | |
| 357. | | | | | Sell | 07/25 | N | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sell | 09/01 | M | D | |
| 359. | | | | | Sell | 12/28 | L | | |
| 360. Methuen, MA Gen'l Oblig Municipal Bd | C | Interest | | | Sell All | 07/25 | M | D | |
| 361. TA Realty LLC - Deferred pymt Obligation | F | Interest | | | Final Distn | 12/16 | P1 | H1 | |
| 362. Vanguard 500 Index Fund Admiral - Mutual Fund | E | Dividend | P1 | T | | | | | |
| 363. Tucker Anthony Private Equity Fund IV | E | Distribution | N | U | Cap Contrib | 02/01 | J | | |
| 364. | | | | | Cap Contrib | 03/01 | J | | |
| 365. | | | | | Cap Contrib | 03/29 | J | | |
| 366. | | | | | Cap Contrib | 04/01 | J | | |
| 367. | | | | | Cap Contrib | 05/24 | J | | |
| 368. | | | | | Cap Contrib | 06/29 | J | | |
| 369. | | | | | Cap Contrib | 07/11 | J | | |
| 370. | | | | | Cap Contrib | 09/23 | J | | |
| 371. | | | | | Cap Contrib | 10/28 | J | | |
| 372. | | | | | Cap Contrib | 11/03 | J | | |
| 373. | | | | | Cap Contrib | 12/12 | J | | |
| 374. | | | | | Cap Contrib | 12/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. IRA Rollover | | | | | | | | | |
| 376. - Federal Home Ln Bk - govt oblig bonds | C | Interest | | | Maturity-All | 08/25 | L | | |
| 377. - Federated Govt Oblig money market fd cash equivalent | D | Dividend | J | T | Purchasae | 02/15 | J | | |
| 378. | | | | | Purchase | 04/01 | J | | |
| 379. | | | | | Purchase | 05/02 | J | | |
| 380. | | | | | Withdrawal | 05/27 | M | | |
| 381. | | | | | Purchase | 06/22 | J | | |
| 382. | | | | | Withdrawal | 06/24 | M | | |
| 383. | | | | | Withdrawal | 07/25 | L | | |
| 384. | | | | | Purchase | 08/15 | M | | |
| 385. | | | | | Withdrawal | 08/25 | L | | |
| 386. | | | | | Withdrawal | 11/09 | K | | |
| 387. - PIMCO Commodity Real Return Mututal Fund (new) | E | Dividend | O | T | Purchase | 06/24 | M | | |
| 388. | | | | | Purchase | 06/27 | M | | |
| 389. | | | | | Purchase | 07/25 | L | | |
| 390. | | | | | Purchase | 08/25 | L | | |
| 391. | | | | | Purchase | 09/22 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Purchase | 11/09 | K | | |
| 393. -Interest in Micro E closely held asset (x) | | None | | | Liquid.Proc. | 06/17 | J | C | |
| 394. Clipper Fund Inc, Mutual Fund | | None | | | Sell All | 10/05 | P1 | F | |
| 395. Europac Growth Fd Mutual Fund | F | Dividend | P1 | T | Buy | 12/28 | L | | |
| 396. First Eagle Gold Fd Cl I-formerly First Eagle Sogen Gold Fd | G | Dividend | P2 | T | Buy | 07/28 | P1 | | |
| 397. GMO Tax Managed Intl Eq III Mutual fund | E | Dividend | P1 | T | Buy | 12/28 | K | | |
| 398. Longleaf Partners Fund Mututal Fund | F | Dividend | P1 | T | | | | | |
| 399. MSIF Inc Intl Small Cap Cl A mutual fund | G | Dividend | P1 | T | Buy | 07/08 | K | | |
| 400. | | | | | Buy | 12/23 | N | | |
| 401. Battery Ventures VI L.P. | E | Distribution | M | U | Cap Contrib | 03/24 | J | | |
| 402. Brookside Cap Partners Fd L.P. | | None | P1 | U | | | | | |
| 403. Common Sense Partners L.P. | | None | | | FinalWithdrw | 02/07 | L | | |
| 404. | | | | | FinalDistn | 04/08 | L | | |
| 405. Friends of Lime Rock II L.P. | G | Distribution | O | U | | | | | |
| 406. MW Special Situations L.P. | | None | P1 | U | | | | | |
| 407. Park St Capl Natural Res Fd L.P. | D | Distribution | N | U | Cap Contrib | 05/03 | J | | |
| 408. | | | | | Cap Contrib | 06/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Cap Contrib | 07/11 | J | | |
| 410. | | | | | Cap Contrib | 10/07 | K | | |
| 411. | | | | | Cap Contrib | 12/16 | J | | |
| 412. Patron Capital L.P. I | G | Distribution | P1 | U | Cap Contrib | 08/26 | M | | |
| 413. | | | | | Cap Contrib | 11/15 | M | | |
| 414. Perry Partners L.P. | | None | P1 | U | | | | | |
| 415. US Fidenza LLC | F | Distribution | K | U | | | | | |
| 416. US Wertheim LLC | | None | M | U | | | | | |
| 417. Baupost Value Partners LP II | | None | P2 | U | | | | | |
| 418. Forester Partners L.P. | | None | | | Full W/D | 07/28 | P1 | | |
| 419. Utah St Bldg Ownership Auth Municipal Bonds | E | Interest | O | T | | | | | |
| 420. MFB Northern Trust Co Funds Muni MM cash equiv. | D | Dividend | L | T | Withdrawal | 01/31 | L | | |
| 421. | | | | | Withdrawal | 02/28 | K | | |
| 422. | | | | | Withdrawal | 03/31 | K | | |
| 423. | | | | | Withdrawal | 06/01 | K | | |
| 424. | | | | | Withdrawal | 06/30 | L | | |
| 425. | | | | | Withdrawal | 07/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Withdrawal | 09/29 | K | | |
| 427. | | | | | Withdrawal | 11/30 | L | | |
| 428. Fort Worth TX Wtr & Swr Municipal Bond | D | Interest | O | T | | | | | |
| 429. Jeffsn Cnty AL Swr Rev Municipal Bond | D | Interest | | | Sell All | 06/16 | | | |
| 430. Lexington MA Bd Antic NTs Municipal Bond | D | Interest | | | Sell All | 02/01 | N | | |
| 431. Mesa, AZ Municipal Bond | D | Interest | M | T | | | | | |
| 432. NB Pub Dist Municipal Bond | E | Interest | N | T | | | | | |
| 433. Northn AZ Univ Revs Municipal Bond | E | Interest | N | T | | | | | |
| 434. Phoenix AZ Civic Impt Municipal Bond | E | Interest | O | T | Sell | 01/05 | N | C | |
| 435. Salt Riv Proj AZ Agric Municipal Bond | D | Interest | N | T | | | | | |
| 436. Trust #14 | E | Income | O | T | | | | | |
| 437. - MA Bay Trans Auth Municipal Bond | | | | | | | | | |
| 438. - MA St Hsg Fin Agy Municipal Bond | | | | | Sell All | 03/07 | J | | |
| 439. - Mashpee MA Municipal Bond | | | | | | | | | |
| 440. - MA GO Rfdg Bds Municipal Bonds | | | | | | | | | |
| 441. - MA St Spl Oblig Municipal Bond | | | | | | | | | |
| 442. - MA St Wtr Pollutn Municipal Bond | | | | | Buy | 08/31 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Weston MA GO Municipal Bond | | | | | | | | | |
| 444. - MA St Port Auth Municipal Bond | | | | | | | | | |
| 445. - CTS MA Muni Money Market cash equivalent | | | | | Full W/D | 02/19 | J | | |
| 446. - MA Cons Ln GO Municipal Bond | | | | | | | | | |
| 447. - Westford MA Municipal Bond | | | | | | | | | |
| 448. - Orleans MA GO Municipal Bond | | | | | | | | | |
| 449. - Northampton MA Municipal Bond | | | | | Sell All | 03/07 | K | A | |
| 450. - Stoneham MA Municipal Bond | | | | | | | | | |
| 451. - Federated Govt Oblig Money Market Fd | | | | | Withdrawal | 03/02 | K | | |
| 452. | | | | | Purchase | 03/08 | K | | |
| 453. - MA St Tpk Auth Municipal Bd | | | | | | | | | |
| 454. - University MA Bldg Auth Municipal Bds (new) | | | | | Buy | 02/03 | K | | |
| 455. - Federated Money Market Cash cash equivalent (new) | | | | | Buy | 02/19 | J | | |
| 456. Trust #15 | E | Income | O | T | | | | | |
| 457. - MA Bay Trans Auth Municipal Bond | | | | | | | | | |
| 458. - MA St Hsg Fin Agy Municipal Bond | | | | | Sell All | 03/07 | J | | |
| 459. - Mashpee MA Municipal Bond | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 45

**Name of Person Reporting**

SARIS, PATTI B

**Date of Report**

05/11/2006

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - MA GO Rfdg Bds Municipal Bond | | | | | | | | | |
| 461. - MA St Spl Oblig Municipal Bond | | | | | | | | | |
| 462. - MA St Wtr Pollutn Municipal Bond | | | | | Buy | 08/31 | K | | |
| 463. - Weston MA GO Municipal Bond | | | | | | | | | |
| 464. - MA St Port Auth Municipal Bond | | | | | | | | | |
| 465. - CTS MA Muni money market cash equivalent | | | | | Full W/D | 02/19 | J | | |
| 466. - MA St Cons Ln GO Municipal Bond | | | | | | | | | |
| 467. - Westford MA Municipal Bond | | | | | | | | | |
| 468. - Orleans MA Municipal Bond | | | | | | | | | |
| 469. - Northampton MA Municipal Bond | | | | | Sell All | 03/07 | K | A | |
| 470. - Stoneham MA Municipal Bond | | | | | | | | | |
| 471. - Federated Govt Oblig Money Market Fd | | | | | Withdrawal | 03/02 | K | | |
| 472. | | | | | Purchase | 03/08 | K | | |
| 473. - MA St Tpk Auth Municipal Bd | | | | | | | | | |
| 474. - University MA Bldg Auth Municipal Bds (new) | | | | | Buy | 01/14 | K | | |
| 475. - Federated Money Market Cash cash equivalent (new) | | | | | Buy | 02/19 | J | | |
| 476. Trust # 16 | E | Income | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - MA Bay Trans Auth Municipal Bond | | | | | | | | | |
| 478. - MA St Hsg Fin Agy Municipal Bond | | | | | Sell All | 03/07 | J | | |
| 479. - Mashpee MA Municipal Bond | | | | | | | | | |
| 480. - MA GO Rfdg Bds Municipal Bond | | | | | | | | | |
| 481. - MA St Spl Oblig Municipal Bond | | | | | | | | | |
| 482. - MA St Wtr Pollutn Municipal Bonds | | | | | Buy | 08/31 | K | | |
| 483. - Weston MA Municipal Bond | | | | | | | | | |
| 484. - MA St Port Auth Municipal Bond | | | | | | | | | |
| 485. - CTS MA Muni MM cash equivalent | | | | | Full W/D | 02/19 | J | | |
| 486. - MA Cons Ln GO Municipal Bond | | | | | | | | | |
| 487. - Westford MA Municipal Bond | | | | | | | | | |
| 488. - Orleans MA Municipal Bond | | | | | | | | | |
| 489. - Northampton MA Municipal Bond | | | | | Sell | 03/04 | K | A | |
| 490. - Stoneham MA Municipal Bond | | | | | | | | | |
| 491. - Federated Govt Oblig Money Market Fd | | | | | Withdrawal | 03/02 | K | | |
| 492. | | | | | Purchase | 03/08 | K | | |
| 493. - MA St Tpk Auth Municipal Bd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. - University MA Bldg Auth Municipal Bds (new) | | | | | Buy | 02/03 | K | | |
| 495. - Federated Money Market Cash cash equivalent (new) | | | | | Buy | 02/19 | J | | |
| 496. Trust # 17 | E | Income | O | T | | | | | |
| 497. - MA Bay Trans Auth Municipal Bond | | | | | | | | | |
| 498. - MA St Hsg Fin Agy Municipal Bond | | | | | Sell All | 03/07 | K | | |
| 499. - Mashpee MA Municipal Bond | | | | | | | | | |
| 500. - MA GO Rfdg ds Municipal Bonds | | | | | | | | | |
| 501. - MA Spl Oblig Municipal Bond | | | | | | | | | |
| 502. - MA St Wtr Pollutn Municipal Bond | | | | | Buy | 08/31 | K | | |
| 503. - Weston MA Municipal Bond | | | | | | | | | |
| 504. - MA St Port Auth Municipal Bond | | | | | | | | | |
| 505. - CTS MA Muni MM cash equivalent | | | | | Full W/D | 02/19 | J | | |
| 506. - MA St Cons Ln GO Municipal Bond | | | | | | | | | |
| 507. - Westford MA Municipal Bond | | | | | | | | | |
| 508. - Orleans MA Municipal Bond | | | | | | | | | |
| 509. - Northampton MA Municipal Bond | | | | | | | | | |
| 510. - Stoneham MA Municipal Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - Federated Govt Oblig Money Market Fd | | | | | Withdrawal | 03/02 | K | | |
| 512. | | | | | Purchase | 03/14 | K | | |
| 513. - MA St Tpk Auth Municipal Bd | | | . | | | | | | |
| 514. - University MA Bldg Auth Municipal Bds (new) | | | | | Buy | 02/03 | K | | |
| 515. - Federated Money Market Cash cash equivalent (new) | | | | | Buy | 02/19 | J | | |
| 516. Park St Capital V LP | D | Distribution | N | U | Cap Contrib | 01/04 | K | | |
| 517. | | | | | Cap Contrib | 04/01 | K | | |
| 518. | | | | | Cap Contrib | 05/23 | K | | |
| 519. | | | | | Cap Contrib | 07/07 | K | | |
| 520. | | | | | Cap Contrib | 08/04 | K | | |
| 521. | | | | | Cap Contrib | 09/22 | J | | |
| 522. | | | | | Cap Contrib | 09/29 | K | | |
| 523. | | | | | Cap Contrib | 11/29 | K | | |
| 524. North Middlesex MA Regl Sch Dist Municipal Bond | C | Interest | | | Sell All | 07/25 | L | | |
| 525. Abrams Capital Partners II LP | | None | P1 | U | | | | | |
| 526. Buenos Aires Residential Co LLC | D | Distribution | M | U | | | | | |
| 527. Chilton QP Inv Partners LP | | None | P1 | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. GMO Emerging Markets Fd Cl III mtual fund | G | Dividend | P1 | T | Buy | 07/05 | M | | |
| 529. | | | | | Buy | 12/28 | N | | |
| 530. Kensico Associates LP | | None | P1 | U | Cap Contrib | 01/02 | N | | |
| 531. Novem LP | | None | P1 | U | | | | | |
| 532. Plymouth Rock Co Inc OC Cl A - common stock | F | Dividend | P1 | T | Buy | 05/13 | O | | |
| 533. Tremblant Partners LP | | None | P1 | U | Cap Contrib | 01/02 | O | | |
| 534. | | | | | Cap Contrib | 06/27 | O | | |
| 535. CTS MA Muni Money Fd Cash Equivalent | A | Dividend | | | Full W/D | 02/19 | J | | |
| 536. Taunton, MA Municipal Bd | C | Interest | | | Sell All | 07/25 | M | | |
| 537. CA St Municipal Bds | D | Interest | M | T | Buy | 09/05 | M | | |
| 538. | | | | | Buy | 09/08 | M | | |
| 539. | | | | | Sell | 10/11 | N | | |
| 540. Canyon Cnty Ida Municipal Bd | D | Interest | M | T | | | | | |
| 541. Fulton Cnty GA Municipal Bd | D | Interest | O | T | Buy | 06/16 | N | | |
| 542. | | | | | Sell | 11/02 | M | | |
| 543. Jackson Michigan Municipal Bd | D | Interest | | | Sell All | 01/25 | N | D | |
| 544. Lisle IL Municipal Bd | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Moorpark, CA Municipal Bd | E | Interest | N | T | | | | | |
| 546. Mun Elec Auth, GA Municipal Bd | D | Interest | M | T | | | | | |
| 547. Oakland Cnty Michigan Municipal Bd | C | Interest | | | Sell All | 05/29 | M | C | |
| 548. Texas Mun Pwr Municipal Bds | D | Interest | N | T | | | | | |
| 549. Virginia St Municipal Bds | E | Interest | N | T | | | | | |
| 550. PIMCO Commodity Real Return Mutual Fund | G | Dividend | P1 | T | Buy | 07/25 | L | | |
| 551. | | | | | Buy | 08/25 | L | | |
| 552. | | | | | Buy | 09/22 | M | | |
| 553. | | | | | Buy | 10/25 | M | | |
| 554. | | | | | Buy | 12/30 | J | | |
| 555. Buenos Aires Residential Co II LLC | | None | M | U | | | | | |
| 556. Friends of Line Rock III LP | | None | M | U | Cap Contrib | 03/03 | K | | |
| 557. | | | | | Cap Contrib | 04/21 | J | | |
| 558. | | | | | Cap Contrib | 07/07 | M | | |
| 559. | | | | | Cap Contrib | 08/02 | K | | |
| 560. | | | | | Cap Contrib | 10/13 | K | | |
| 561. Highfields Capital II LP | | None | P1 | U | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
  U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Just Pictures LLC | | None | | U | | | | | |
| 563. Millgate Partners II, LP | | None | P1 | U | Cap Contrib | 03/29 | O | | |
| 564. WMD, LP | | None | K | U | | | | | |
| 565. Park St Natural Resource Fund II (Private Equity Fd) | | None | M | U | Cap Contrib | 06/03 | K | | |
| 566. | | | | | Cap Contrib | 07/11 | K | | |
| 567. Park Street Capital VI (Private Equity Fd) | | None | L | U | Cap Contrib | 04/12 | K | | |
| 568. | | | | | Cap Contrib | 08/08 | K | | |
| 569. | | | | | Cap Contrib | 11/29 | K | | |
| 570. Park Street Cap Natureal Resource Fd II AIV (PrivateEq)(new) | | None | J | U | Cap Contrib | 06/06 | J | | |
| 571. Patron Capital LP II (new) | | None | N | U | Cap Contrib | 02/24 | J | | |
| 572. | | | | | Cap Contrib | 11/18 | N | | |
| 573. Wavemark Inc Conv Prom Note (new) | | None | L | U | Invst Loan | 02/22 | L | | |
| 574. Orion Eruopean Real Estate Fd II, C.V., LP (new) | | None | M | U | Cap Contrib | 04/25 | K | | |
| 575. | | | | | Cap Contrib | 12/20 | L | | |
| 576. US Dublin LLC (new) | | None | L | U | Cap Contrib | 05/04 | L | | |
| 577. Aberdeen Bus Tr Asia Pac Ex Japan Fd LP (new) | | None | P1 | U | Cap Contrib | 08/01 | P1 | | |
| 578. Europa Fund II US LP (new) | | None | M | U | Cap Contrib | 11/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Hephaestion LP (new) | | None | L | U | Cap Contrib | 10/12 | L | | |
| 580. Weston Presidio V LP (new) | | None | K | U | Cap Contrib | 12/06 | K | | |
| 581. IL St Municipal Bds (new) | | None | N | T | Buy | 12/14 | N | | |
| 582. New Albany, OH Municipal Bds (new) | C | Interest | M | T | Buy | 04/14 | N | | |
| 583. | | | | | Sell | 05/11 | M | | |
| 584. NJ Dev Auth Municipal Bds (new) | | None | M | T | Buy | 09/22 | M | | |
| 585. Placentia-Yorba Linda, CA Municipal Bds (new) | D | Interest | M | T | Buy | 02/28 | N | | |
| 586. | | | | | Sell | 04/12 | L | | |
| 587. | | | | | Sell | 12/19 | N | | |
| 588. San Francisco, CA City & Cty Municipal Bds (new) | B | Interest | M | T | Buy | 08/31 | M | | |
| 589. Wichita, KS Wtr & Swr Municipal Bds (new) | B | Interest | L | T | Bury | 04/27 | M | | |
| 590. | | | | | Sell | 09/06 | M | A | |
| 591. Winston-Salem, NC Wtr & Swr Municipal Bds (new) | D | Interest | N | T | Buy | 01/21 | N | | |
| 592. Wisconsin St Municipal Bds (new) | A | Interest | N | T | Bury | 10/14 | N | | |
| 593. Bristol, PA Sch Dist Municipal Bds (new) | A | Interest | | | Buy | 01/24 | N | | |
| 594. | | | | | Sell All | 08/25 | N | B | |
| 595. Deschutes County, OR Sch Municipal Bds (new) | A | Interest | | | Buy | 03/02 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sell All | 03/30 | M | | |
| 597. FL State Municipal Bonds (new) | A | Interest | | | Buy | 01/04 | M | | |
| 598. | | | | | Sell All | 02/10 | M | A | |
| 599. Lubbock, TX Municipal Bds (new) | | None | | | Buy | 02/24 | M | | |
| 600. | | | | | Sell All | 03/21 | M | | |
| 601. VA Beach VA Municipal Bds (new) | C | Interest | | | Buy | 04/15 | N | | |
| 602. | | | | | Sell All | 09/07 | N | C | |
| 603. Mass Dev Fin'l Agy Municipal Bds (new) | | None | | | Buy | 03/01 | M | | |
| 604. | | | | | Sell All | 12/28 | M | | |
| 605. Quincy, MA Municipal Bds (new) | A | Interest | | | Buy | 02/25 | L | | |
| 606. | | | | | Sell All | 04/18 | L | | |
| 607. Trust #18 (new) | F | Distribution | P1 | T | | | | | |
| 608. - Federated Govt Oblig Fd mm, cash equivalent (new) | | | | | Purchase | 04/28 | M | | |
| 609. | | | | | Purchase | 06/22 | J | | |
| 610. | | | | | Purchase | 09/16 | L | | |
| 611. - Realty Assoicated Fund III Trust (new) | | | | | Receipt | 04/30 | P1 | | |
| 612. - Northhampton, MA Unltd Tax GO Municipal Bds (new) | | | | | Receipt | 04/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - Westford, MA Ltd Tax GO Municipal Bds (new) | | | | | Receipt | 04/30 | K | | |
| 614. - Chelmsford, MA GO Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 615. - Mashpee, MA GO Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 616. - MA Bay Transit Auth Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 617. - MA St Hsg Fin Agy Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 618. - MA St Wtr Pollution Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 619. - Orleans, MA Genl Oblig Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 620. - University MA Bldg Auth Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 621. - Weston, MA Gen'l Oblig Municipal Fds (new) | | | | | Receipt | 04/30 | J | | |
| 622. - Common Sense Partners, LP (new) | | | | | Receipt | 04/30 | N | | |
| 623. - Federated Money Market Cash cash equivalent (new) | | | | | Purchase | 04/30 | J | | |
| 624. Trust #19 (new) | F | Distribution | P1 | T | | | | | |
| 625. - Federated Govt Oblig Fd mm, cash equivalent (new) | | | | | Purchase | 04/28 | M | | |
| 626. | | | | | Purchase | 06/22 | J | | |
| 627. | | | | | Purchase | 09/16 | L | | |
| 628. - Realty Associated Fund III Trust (new) | | | | | Receipt | 04/30 | P1 | | |
| 629. - Northhampton, MA Unltd Tax GO Municipal Fds (new) | | | | | Receipt | 04/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - Westford, MA Ltd Tax GO Municipal Bds (new) | | | | | Receipt | 04/30 | K | | |
| 631. - Chelmsford, MA GO Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 632. - Mashpee, MA GO Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 633. - MA Bay Transit Auth Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 634. - MA St Hs Hin Agy Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 635. - Orleans MA Gen'l Oblig Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 636. - University MA Bldg Auth Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 637. - Weston, MA Gen;l Oblg Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 638. - Common Sense Partners, LP (new) | | | | | Receipt | 04/30 | N | | |
| 639. - Federated Money Market Cash cash equivalent (new) | | | | | Purchase | 04/30 | J | | |
| 640. Trust #20 (new) | F | Distribution | P1 | T | | | | | |
| 641. - Federated Govt Oblig mm Fd cash equivalent (new) | | | | | Purshase | 04/28 | M | | |
| 642. | | | | | Purchase | 06/22 | J | | |
| 643. | | | | | Purchase | 09/16 | L | | |
| 644. - Realty Associates Fund III Trust (new) | | | | | Receipt | 04/30 | P1 | | |
| 645. - Northhampton, MA Unltd Tax GO Municipal Bds (new) | | | | | Receipt | 04/30 | K | | |
| 646. - Westford, MA Ltd Tax GO Municipal Bds (new) | | | | | Receipt | 04/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - Chelmsford, MA GO Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 648. - Mashpee, MA GO Municipal Bds (new) | | | | | Receipt | 04/30 | K | | |
| 649. - MA Bay Transit Auth Municipal Bds (new) | | | | | Receipt | 04/30 | K | | |
| 650. - Orleans, MA Gen'l Oblig Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 651. - University MA Bldg Auth Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 652. - Weston, MA Gen'l Oblig Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 653. - Common Sense Partners, LP (new) | | | | | Receipt | 04/30 | N | | |
| 654. - Federated Money Market Cash cash equivalent (new) | | | | | Receipt | 04/30 | J | | |
| 655. Trust #21 (new) | F | Distribution | P1 | T | | | | | |
| 656. - Federated Govt Oblig mm Fd cash equivalent (new) | | | | | Purchase | 04/28 | M | | |
| 657. | | | | | Purchase | 06/22 | J | | |
| 658. | | | | | Purchase | 09/16 | L | | |
| 659. - Realty Associates Fund III Trust (new) | | | | | Receipt | 04/30 | P1 | | |
| 660. - Northhampton, MA Unltd Tax GO Municipal Bds (new) | | | | | Receipt | 04/30 | K | | |
| 661. - Westford, MA Ltd Tax GO Municipal Bds (new) | | | | | Receipt | 04/30 | K | | |
| 662. - Chelmsford, MA GO Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 663. - Mashpee, MA GO Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - MA Bay Transit Auth Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 665. - MA St Hsg Fin Agy Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 666. - MA St Wtr Pollution Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 667. - Orleans, MA Gen'l Oblig Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 668. - Weston, MA Gen'l Oblig Municipal Bds (new) | | | | | Receipt | 04/30 | J | | |
| 669. - Common Sense Partners, LP | | | | | Receipt | 04/30 | N | | |
| 670. - Federated Money Market Cash cash equivalent (new) | | | | | Purchase | 04/30 | J | | |
| 671. | | | | | | | | | |
| 672. | | | | | | | | | |
| 673. | | | | | | | | | |
| 674. | | | | | | | | | |
| 675. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

2005 Financial Disclosure Report (FDR)
Part VII. Investments and Trusts -

A. The items listed below were reported on calendar year 2004 Financial Disclosure Report (FDR) and have been excluded for calendar year 2005. These items do no meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report, Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(l)(B)).

2004 FDR
Part VII,

| Item # | Description of Asset |
|---|---|
| 27 | TA Realty LLC (IPERS) |
| 218 | Cape Comunications, LLC |
| 449 | Just Pictures LLC |

B. 2005 FDR, Part VII, Item # 42: Trust#2 terminated in its entirety as of 4/30/05. The assets in the trust were distributed to 4 trusts which appear as new assets Trust #18, Trust #19, Trust #20, and Trust #21 (reported as 2005 item #s: 607, 624, 640, & 655 respectively).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████████  Date  5/12/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544